UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, on behalf of ZACHARY P. BREEDING, </br></br>    Plaintiff, </br></br>v. </br></br>UNITED STATES AIR FORCE, </br></br>    Defendant. | No. 3:12-CV-377 </br>(Phillips) |

## MEMORANDUM OPINION

Plaintiff filed this action on July 21, 2012. No activity in the case has occurred since that time. Plaintiff was ordered to show cause in writing on or before June 28, 2013, why this action should not be dismissed for failure to prosecute. Plaintiff has failed to respond to the court's order indicating to the undersigned that plaintiff has no desire to prosecute this case. Accordingly, the court finds that this action shall be **DISMISSED, without prejudice,** due to plaintiff's failure to prosecute.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge